Albert W. Halliday, Plaintiff in Error, v. Marie B. Wright and Thomas Wright, her husband, Defendants in Error.

### Division A.

Writ of error to Circuit Court, Duval county; R. M. Call, Judge.

William H. Harwick for plaintiff in error.

A. W. Cockrell & Son for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*